IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA D. MILLER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:14cv904-MHT |
| ) | (WO) |
| SMITH AND NEPHEW, INC., ) | |
| ) | |
|     Defendant. ) | |

JUDGMENT

Upon consideration of the plaintiff's motion to dismiss, it is ORDERED that the motion (doc. no. 15) is granted, and this action is dismissed in its entirety with prejudice.  No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of December, 2014.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE